(April 26, 1971)

Leslie Carlson, an Infant, by Jean Carlson, His Natural Guardian, et al., Appellants, v. Martha Schade et al., Respondents.—

Munder, Acting P. J., Martuscello, Shapiro, Gulotta and Benjamin, JJ., concur.